**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7282**

———————

KELVIN J. MILES, a/k/a Kelvin Jerome Miles,

              Plaintiff – Appellant,

        v.

COMMANDER J. GLEN; EDWARD READ, Health Care Doctor; LT
TAMDA MIDDLETON; NURSE MICHELLE GREEN; SUPERVISOR, Federal
Bureau of Prisons,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   R. Bryan Harwell, District
Judge.  (2:13-cv-01408-RBH)

———————

Submitted:  January 21, 2016        Decided:  March 18, 2016

———————

Before MOTZ, FLOYD, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kelvin J. Miles, Appellant Pro Se. Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's orders denying relief on his Fed. R. Civ. P. 60(b) motion and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Miles v. Glen, No. 2:13-cv-01408-RBH (D.S.C. July 6 and July 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED